J. D. DIX et al., Appellants, *v.* LOUIS M. BROCK et al., Respondents.

(Argued November 20, 1871 ; decided November 28, 1871.)

*J. Norris,* for appellants.

*J. Sheldon,* for respondents.

Decided upon the facts in the case.

PECKHAM, J., reads an opinion for affirmance.

All concur.
Judgment affirmed.